# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **ROY TODD BROOKS,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | No. 3:09-CV-432 (Phillips) |
| **MICHAEL J. ASTRUE,** **COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND OPINION

This Social Security appeal is before the Court on the Report and Recommendation ("R&R") filed by United States Magistrate Judge H. Bruce Guyton [Doc. 25]. There have been no timely objections to the R&R [Doc. 25], and enough time has passed since the filing of the R&R [Doc. 25] to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that Plaintiff's Motion for Summary Judgment [Doc. 14] be **GRANTED**, to the extent that the case is **REMANDED** to the Commissioner for further proceedings. The Court also accepts Judge Guyton's recommendation to **DENY** the Commissioner's Motion for Summary Judgment [Doc. 16]. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 25] under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

It is **ORDERED,** for the reasons stated in the R&R [Doc. 25], which the Court adopts and incorporates into its ruling, that the case be **REMANDED** to the Commissioner for further

1

proceedings consistent with the R&R [Doc. 25].

**ENTER:**

     s/ Thomas W. Phillips
    United States District Judge